JULIAN P. FAIRCHILD and Others, as Permanent Receivers of ATLANTIC DOCK COMPANY, Respondents, v. UNION FERRY COMPANY OF NEW YORK AND BROOKLYN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

FUNDY COMPANY, Respondent, v. SABA REALTY COMPANY and Others, Defendants, Impleaded with MAURICE D. FERRO and Others, as Executors, etc., of PHILIP FERRO, Deceased, Appellants.— Judgment of the County Court of Kings county affirmed, with costs. No opinion. Blackmar, P. J., Manning and Kelby, JJ., concur; Rich and Jaycox, JJ., dissent.

PHILIP GOOSAKOW, Respondent, v. MANSFIELD TRANSPORTATION COMPANY, INC., and MAX PERMAN, Appellants.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

FLORENCE HALGREN, Respondent, v. CHARLES C. HALGREN, Appellant.— Order modified so as to allow $100 counsel fee, and as modified affirmed, without costs. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

AMES HIGGINS, Appellant, v. ROBERT FOX, Respondent.— Judgment and order of the City Court of New Rochelle reversed upon the law and the facts, with costs, and a new trial granted. It was incumbent upon defendant to examine the premises prior to the execution of the lease, and the responsibility of doing this rested upon him. (*Franklin* v. *Brown*, 118 N. Y. 110, 115.) There was no express covenant or warranty contained in the lease, and under the circumstances defendant assumed the risk of the condition of the premises. (*Zerega* v. *Will*, 34 App. Div. 488, 490.) Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

CUTHBERT HOWE, Appellant, v. NICHOLAS BULAONG and LILLIE BULAONG, Respondents, Impleaded with JOAQUIN MANIBO, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

MARTHA B. HUSON, Appellant, v. CHARLES J. STOLL, Respondent.— Order and judgment unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

In the Matter of the Guardianship of ROBERT DAVID LION GARDINER and ALEXANDRA DIODATI GARDINER, Minors. NORA L. GARDINER, Appellant; NEW YORK LIFE INSURANCE AND TRUST COMPANY, as Guardian, etc., Respondent.— Decree of the Surrogate's Court of Suffolk county affirmed, without costs. No opinion. Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

In the Matter of the Estate of FRANCIS X. REUCKEL, an Infant. NEWTON R. SCHOONMAKER, as General Guardian, etc., Appellant; BARBARA B. SMITH, Respondent.— Order of the Surrogate's Court of Kings county reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, for the reason that this court is of opinion that under section 2734 of the Code of Civil Procedure (Surrogate's Court Act, § 266) the Surrogate's Court has jurisdiction to grant the application. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.